Case Name: LIEDTKE, WALTER W.
           LIEDTKE, SYLVIA D.
Case No:   08-70965

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 20, 2008          WILLIAM T. NEARY
                                  United States Trustee, Region 11


                           BY:    */s/ Carole J. Ryczek*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee