IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
LIEDTKE, WALTER W
LIEDTKE, SYLVIA D

CHAPTER 7 -- Liquidation

CASE NO. 08-70965 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-3209

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL  61101

    on: **DECEMBER 15, 2008**
    at: **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ | 0.00 | 24.89 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ | 0.00 | 2,125.00 |
| BERNARD J. NATALE Trustee | $ | 0.00 | 954.72 |

4. The Trustee's Final Report shows total:

    a. Receipts                                $     3,818.88

    b. Disbursements                           $         0.00

    c. Net Cash Available for Distribution     $     3,818.88

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00.  Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $714.27, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $6,926.60, resulting in an approximate distribution of 10.31% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: November 13, 2008        For the Court,

By: /s/ BERNARD J NATALE

Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cbachman              Page 1 of 2                  Date Rcvd: Nov 21, 2008
Case: 08-70965                 Form ID: pdf002             Total Served: 35

The following entities were served by first class mail on Nov 23, 2008.
db           +Walter W Liedtke,    319 Dean Street,    Woodstock, IL 60098-3951
jdb          +Sylvia D Liedtke,    319 Dean Street,    Woodstock, IL 60098-3951
aty          +Scott A Bentley,    Law Office of Scott A. Bentley,    661 Ridgeview Drive,
               McHenry, IL 60050-7012
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
12096645     +AAMS,   o/b/o Centegra Health Systems,    PO Box 65576,    Des Moines, IA 50265-0576
12096646     +Animal Hospital of Woodstock,    11711 Catalpa Lane,    Wodostock, IL 60098-6924
12096647     +Blatt, Hasenmiller, Leisbker & Moore,    o/b/o Household Bank,    125 S. Wacker Drive, Ste 400,
               Chicago, IL 60606-4424
12096648     +Blitt & Gaines,    o/b/o Providian,    318 S. Adams Street, Ste 1600,    Chicago, IL 60606-5100
12096649     +Blitt and Gaines, PC,    o/b/o Harris Bank,    661 Glenn Avenue,    Wheeling, IL 60090-6017
12096651     +Capital One Bank,    PO Box 85015,    Richmond, VA 23285-5015
12096650      Capital One Bank,    PO Box 790216,    St. Louis, MO 63179-0216
12096655      Centegra Health System,    Payment Processing Center,    PO Box 17 Dept, 8101-0020,
               Arrowsmith, IL 61722-0017
12096657      Centegra Memorial Medical Center,    PO BOX 1990,    Woodstock, IL 60098-1990
12535644     +Chase Bank USA,N.A,    P O Box 740933,    Dallas,Tx 75374-0933
12535670     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12096658      Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
12096659      Directv,    PO BOX 78626,    Phoenix, AZ 85062-8626
12096660     +Freedman, Anselmo, Lindberg & Rappe,    o/b/o Capital One,    1807 W. Diehl Road,    Suite 333,
               Naperville, IL 60563-1890
12096661     +Freedman, Anselmo, Lindberg & Rappe,    o/b/o Capital One Bank,    1807 W. Diehl Road,    Suite 333,
               Naperville, IL 60563-1890
12096663     +Harris Bank NA,    101 S. Benton,    Woodstock, IL 60098-3289
12096664     +Harris NA,    PO Box 729,    Woodstock, IL 60098-0729
12096665      Household Bank Gold Mastercard,    PO Box 81622,    Salinas, CA 93912-1622
12096666      Kohls,   PO Box 2983,    Milwaukee, WI 53201-2983
12096667     +MHS,   PO Box 5081,    Janesville, WI 53547-5081
12096668      Midland Credit Management,    o/b/o Target National Bank,    PO Box 939019,
               San Diego, CA 92193-9019
12096670     +OSI,   o/b/o Centegra Memorial Medical Center,    1375 E. Woodfield Road, Ste 110,
               Schaumburg, IL 60173-5423
12096671     +Providian,    PO Box 660487,    Dallas, TX 75266-0487
12096653     ++SCANA AND SUBSIDIARIES,    ATTN BANKRUPTCY,    1426 MAIN STREET,    MAIL CODE 130,
               COLUMBIA SC 29218-0001
             (address filed with court: CBCS,    o/b/o Directv,    PO Box 163250,    Columbus, OH 43216)
12096654     ++SCANA AND SUBSIDIARIES,    ATTN BANKRUPTCY,    1426 MAIN STREET,    MAIL CODE 130,
               COLUMBIA SC 29218-0001
             (address filed with court: CBCS,    o/b/o Nicor,    PO Box 163250,    Columbus, OH 43216)
12096672     +Sears Gold Mastercard,    PO Box 182156,    Columbus, OH 43218-2156
12096673     +Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
12096674     +Van Ru Credit Corporation,    o/b/o Centegra Health Systems,    10024 Skokie Blvd.,
               Skokie, IL 60077-1025
The following entities were served by electronic transmission on Nov 22, 2008.
12292230     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:44      Capital Recovery One,
               % Recovery Management Systems Corp,    Attn Ramesh Singh,    25 SE 2nd Ave Ste 1120,
               Miami, FL 33131-1605
12096669     +E-mail/Text: bankrup@nicor.com                           NICOR,    PO Box 416,
               Aurora, IL 60568-0001
12493147     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2008 02:45:44
               Recovery Management Systems Corporation,    For Capital Recovery One,
               As Assignee of PROVIDIAN BANK,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
12096652*    +Capital One Bank,    PO Box 85015,    Richmond, VA 23285-5015
12096656*     Centegra Health System,    Payment Processing Center,    PO Box 17 Dept, 8101-0020,
               Arrowsmith, IL 61722-0017
12096662*    +Freedman, Anselmo, Lindberg & Rappe,    o/b/o Capital One Bank,    1807 W. Diehl Road,    Suite 333,
               Naperville, IL 60563-1890
                                                                                             TOTALS: 0, * 4
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: cbachman           Page 2 of 2              Date Rcvd: Nov 21, 2008
Case: 08-70965               Form ID: pdf002         Total Served: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**              **Signature:**         /s/ Joseph Speetjens